| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Martini, William J | 2. Court or Organization<br><br>District Court - New Jersey | 3. Date of Report<br><br>05/10/2008 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>50 Walnut Street<br>PO Box 419<br>Newark, NJ 07101-0419 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Trustee | ███ Martini Foundation |
| 2.   Trustee | John Cabot University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

2008 MAY 14 A 10: 47 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | ▆▆▆ Martini Foundation, Trustee | $ 22,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | The North Jersey Regional, Chamber of Commerce - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THE BUREAU OF NATIONAL AFFAIRS, INC | 4/11-4/12 | WASHINGTON, DC | E-DISCOVERY CONFERENCE | TRAVEL, HOTEL AND FOOD |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 2.  FEDERATED KAUFMANN FUND-K | B | Dividend | L | T | | | | | |
| 3.  BROKERAGE ACCOUNT#5 | | | | | | | | | |
| 4.  Charles Schwab - CASH | A | Int./Div. | J | T | | | | | |
| 5.  LOWER TWP NJ FIRE DIST NO 3 BK QLIFD UT 6.85% 2/1/08 REG | B | Interest | K | T | | | | | |
| 6.  MIDDLETOWN TWP NJ 5%10 GO UTX DUE 8/1/10 | B | Interest | K | T | | | | | |
| 7.  NEW JERSEY ECONOMIC 5% DUE 02/01/15 | A | Interest | K | T | | | | | |
| 8.  NEW JERSEY ST CTFS 5% 6/15/11 | A | Interest | K | T | | | | | |
| 9.  NEW JERSEY ST HWY AUTH GARDEN ST PKWY 6.2% | A | Interest | | | SELL | 3/19 | K | A | |
| 10.  NEW JERSEY ST TPK AUTH TPK SER G 5.75% 1/1/09 | A | Interest | J | T | | | | | |
| 11.  NORTH ARLINGTON NJ SCH DIST 5.375% 8/1/13 | B | Interest | K | T | | | | | |
| 12.  OCEAN CITY NJ BRD 5% DUE 04/01/17 | B | Interest | K | T | | | | | |
| 13.  RANDOLPH TWP NJ SC 5% 15 | A | Interest | K | T | BUY | 3/22 | K | | |
| 14.  VENTNOR CITY NJ 5% 10/1/16 | A | Interest | K | T | | | | | |
| 15.  BROKERAGE ACCOUNT#6 | | | | | | | | | |
| 16.  ISHARES TR RUSSELL 2000 GROWTH | A | Dividend | L | T | | | | | |
| 17.  ISHARES TR RUSSELL 2000 VALUE | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000.001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES TR RUSSELL 1000 VALUE | D | Dividend | N | T | | | | | |
| 19. ISHARES TR RUSSELL 1000 GROWTH | B | Dividend | M | T | | | | | |
| 20. ISHARES TR MSCI EAFE FD | C | Dividend | M | T | | | | | |
| 21. Charles Schwab - CASH | A | Int./Div. | J | T | | | | | |
| 22. VALLEY NATIONAL BANK | A | Interest | J | T | | | | | |
| 23. VARIABLE LIFE #1 | | None | M | T | | | | | |
| 24. EQUITABLE - SEP | | None | K | T | BUY | 4/15 | J | | |
| 25. Novartis Investment- Prior 401(K) | B | Interest | N | T | | | | | |
| 26. IRA#3 | | | | | | | | | |
| 27. Charles Schwab - ADV CASH RESRV PREM | B | Int./Div. | K | T | BUY | 11/02 | M | | |
| 28. | | | | | BUY | 11/05 | M | | |
| 29. | | | | | BUY | 11/06 | M | | |
| 30. | | | | | TRANSFER OUT | 11/07 | N | | |
| 31. US TREASURY NOTE 4.25% 8/15/14 | C | Interest | | | SELL | 11/02 | M | | |
| 32. US TREASURY NOTE 4.25% 11/15/13 | B | Interest | L | T | | | | | |
| 33. US TREASURY NOTE 4.50% 02/15/16 | A | Interest | K | T | | | | | |
| 34. US TREASURY NOTE 4.875% 2/15/12 | D | Interest | | | PARTIAL SELL | 9/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | SELL | 11/01 | M | | |
| 36. US TREASURY NOTE 5.125% 5/15/16 | C | Interest | K | T | PARTIAL SELL | 8/27 | K | A | |
| 37. | | | | | BUY | 2/14 | K | | |
| 38. | | | | | PARTIAL SELL | 9/19 | K | B | |
| 39. FED HOME LOAN BANK 4% 3/10/08 | | None | | | SELL | 2/9 | K | | |
| 40. FEDERAL NATIONAL MT 4.375% 9/15/12 | C | Interest | L | T | | | | | |
| 41. FEDERAL HM LN MTG 5.625%11 NOTES DUE 03/15/11 | D | Interest | | | SELL | 11/02 | M | B | |
| 42. FED HM LN MTG 5.375%1/9/14 | | None | K | T | BUY | 10/19 | J | | |
| 43. AT & T BROADBAND 8.375% 3/15/13 | B | Int./Div. | K | T | BUY | 9/11 | K | | |
| 44. APACHE CORP 5.625% 1/15/17 | | None | K | T | BUY | 8/27 | K | | |
| 45. BANK OF AMERICA 7.4% 1/15/11 | B | Int./Div. | | | BUY | 3/30 | L | | |
| 46. | | | | | SELL | 11/06 | L | | |
| 47. CIT GROUP HLDGS 5.5% 11/30/07 | | None | | | SELL | 3/30 | L | | |
| 48. GENERAL DYNAMICS CO 3% 5/15/08 | A | Int./Div. | | | SELL | 6/12 | K | | |
| 49. GENL ELEC CAP 7.375% 01/19/10 | D | Int./Div. | | | SELL | 11/06 | L | | |
| 50. GOLDMAN SACHS 4.125% 1/15/08 | A | Int./Div. | K | T | | | | | |
| 51. HEWLETT PACKARD 3.625% 3/15/08 | A | Int./Div. | | | SELL | 8/7 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HOUSEHOLD FIN CP 6.4% 6/17/08 | C | Int./Div. | L | T | | | | | |
| 53. INTL LEASE FINANCE 5% 4/15/10 | B | Int./Div. | K | T | | | | | |
| 54. MORGAN STANLEY 4.75% 04/01/14 | A | Int./Div. | J | T | BUY | 3/14 | J | | |
| 55. NATL RURAL UTIL 5.75 8/28/09 | C | Int./Div. | | | SELL | 11/06 | L | | |
| 56. PITNEY BOWES CR 5.75% 8/15/08 | B | Int./Div. | K | T | | | | | |
| 57. SBC COMMUNICATIONS 4.125% 9/15/09 | C | Int./Div. | L | T | | | | | |
| 58. WACHOVIA CORP 5.75% 6/15/17 | B | Int./Div. | K | T | BUY | 9/19 | K | | |
| 59. FHLMC ███ 6% 5/1/37 | B | Int./Div. | K | T | BUY | 6/12 | K | | |
| 60. FHLMC ███ 5.5% 7/1/21 | A | Int./Div. | K | T | BUY | 8/20 | K | | |
| 61. FNMA PL#254048 6.5% 11/01/16 | A | Interest | J | T | | | | | |
| 62. IRA#4 | | | | | | | | | |
| 63. SCHWAB MONEY MARKET FUND | A | Int./Div. | J | T | DISTRIBUTION | 11/15 | J | | |
| 64. HARBOR BOND FUND INST CL | C | Dividend | L | T | BUY | 12/19 | J | | |
| 65. | A | Distribution | | | | | | | |
| 66. LOOMIS SAYLES BOND FUND | A | Dividend | | | SELL | 3/30 | K | | |
| 67. LOOMIS SAYLES BOND CL 1 | B | Dividend | K | T | BUY | 3/30 | K | | |
| 68. HARBOR CAP APPRECIATION INST CL | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MAINSTAY ICAP SELECT EQUITY PORT | A | Dividend | K | T | BUY | 12/17 | J | | |
| 70. | C | Distribution | | | | | | | |
| 71. RAINIER SMALL/MID CAP EQUITY PORTFOLIO | A | Dividend | K | T | BUY | 12/17 | J | | |
| 72. | B | Distribution | | | | | | | |
| 73. ROYCE TOTAL RETURN FUND | A | Dividend | K | T | BUY | 12/07 | J | | |
| 74. | B | Distribution | | | | | | | |
| 75. SELECTED AMERICAN SHARES CLD | A | Dividend | J | T | | | | | |
| 76. THORNBRG INTLVALUE FD INST CLASS | A | Dividend | K | T | BUY | 11/19 | J | | |
| 77. | B | Distribution | | | | | | | |
| 78. IRA#5 | | | | | | | | | |
| 79. EUROPACIFIC GROWTH FUND-A | A | Dividend | J | T | | | | | |
| 80. THE GROWTH FUND OF AMERICA-A | A | Dividend | J | T | | | | | |
| 81. CAPITAL WORLD GROWTH AND INCOME FUND A | A | Dividend | J | T | | | | | |
| 82. THE INVESTMENT COMPANY OF AMERICA-A | A | Dividend | J | T | | | | | |
| 83. CAPITAL INCOME BUILDER -A | A | Dividend | J | T | | | | | |
| 84. AMERICAN BALANCED FUND -A | A | Dividend | J | T | | | | | |
| 85. CAPITAL WORLD BOND FUND A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. INTERMEDIATE BOND FUND OF AMERICA - A | A | Dividend | J | T | | | | | |
| 87. SIMPLE IRA#1 | | | | | | | | | |
| 88. PRIME - CASH | A | Dividend | J | T | BUY | 12/31 | J | | |
| 89. FIDELITY ADV LEVERAGED CO STOCK CL T | A | Dividend | J | T | BUY | 12/31 | J | | |
| 90. FIDELITY ADV STRATEGIC GROWTH CL T | A | Dividend | J | T | BUY | 12/31 | J | | |
| 91. FIDELITY ADV INTERMEDIATE BOND CL T | A | Dividend | J | T | BUY | 12/31 | J | | |
| 92. FIDELITY ADV STRATEGIC INCOME CL T | A | Dividend | J | T | BUY | 12/31 | J | | |
| 93. FIDELITY ADV DIVIDEND GROWTH FD CL T | A | Dividend | J | T | BUY | 12/31 | J | | |
| 94. FIDELITY ADV DIVERSIFIED INTL FD CL T | A | Dividend | J | T | BUY | 12/31 | J | | |
| 95. IRA#6 | | | | | | | | | |
| 96. CASH | A | Interest | J | T | TRANSFER IN | 11/06 | N | | |
| 97. | | | | | SELL | 11/07 | N | | |
| 98. LOOMIS SAYLES BOND CL 1 | C | Dividend | M | T | BUY | 11/07 | N | | |
| 99. PIMCO REAL RETURN FUND INSTITUTIONAL CLASS | A | Dividend | M | T | BUY | 11/07 | M | | |
| 100. | C | Distribution | | | BUY | 12/12 | J | | |
| 101. SCHWAB YIELD PLAUS SELECT SHARES | B | Dividend | M | T | BUY | 11/07 | M | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Martini, William J | 05/10/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS[        ]TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544